IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIAM STALLWORTH**                                                **PLAINTIFF**

**v.**                                    **CAUSE NO. 1:23CV342-LG-RPM**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                  **DEFENDANT**

**ORDER REQUIRING PLAINTIFF TO**
**FILE SUPPORTING MEMORANDUM**

**BEFORE THE COURT** is the [8] Motion to Remand filed by the plaintiff, William Stallworth. The plaintiff did not file a memorandum in support of his Motion. The Local Rules provide, "At the time the motion is served, other than motions or applications that may be heard ex parte or those involving necessitous or urgent matters, counsel for movant must file a memorandum brief in support of the motion." L.U. Civ. R. 7(4). As a result, Stallworth is ordered to file a memorandum in support of his [8] Motion by January 31, 2024. The defendant's response and memorandum brief in support of the response will be due fourteen days after Stallworth files his supporting memorandum. *See* L. U. Civ. R. 7(4).

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiff, William Stallworth, must file a memorandum in support of his [8] Motion to Remand by **January 31, 2024**.

-2-

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant's response and memorandum brief in support of the response will be due fourteen days after Stallworth files his supporting memorandum.

**SO ORDERED AND ADJUDGED** this the 12th day of January, 2024.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge